

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KEITH BAXTER ALEXANDER, | § | No. 08-14-00102-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 371st Judicial District Court |
| | § | |
| THE STATE OF TEXAS, | | of Tarrant County, Texas |
| | § | |
| State. | | (TC# 1337633D) |
| | § | |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **July 3, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Charles M. Mallin, the State's Attorney, prepare the State's brief and forward the same to this Court on or before July 3, 2015.

IT IS SO ORDERED this 4th day of June, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.